UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )   Case No. CR08-263-RSM
                           )
     v.                    )
                           )   DETENTION ORDER
PAUL H. KING,              )
                           )
            Defendant.     )
_____)

Offense charged:

    Mail Fraud.

Date of Detention Hearing: September 18, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant has been charged by indictment with Mail Fraud.

(2)     Defendant is an attorney pending disciplinary action by the Washington State Bar Association. The government proffered that defendant took steps to avoid apprehension. On July 31, 2008, law enforcement went to defendant's address in Seattle. One individual there refused to

DETENTION ORDER -1

provide information about defendant's whereabouts and the other two said they did not know where defendant was. In August, 2008, law enforcement learned defendant was at a certain residence. Law enforcement were greeted at the door of the residence by a woman who said the defendant would not come to the door and that law enforcement could not enter unless they had a warrant.

(3)     The government proffered that defendant incorporated the KKKKK Corporation in Nevada and is the president and owner of that corporation. The corporation was created as a shell to conceal defendant's ownership in four properties in Washington. The government proffered that defendant failed to disclose to U.S. Pretrial services that he owns these properties.

(4)     The government proffered that defendant made material misrepresentations to U.S Pretrial services but claiming to be an employee of KKKKK Corporation rather than the owner, failing to disclose ownership of real property and claiming that he was paying child support when he is not.

(5)     The government proffered that defendant has a history of failing to appear for court appearances as an attorney, has been sanctioned for failing to appear, and was arrested this year for failing to appear. Additionally, the government proffered defendant has failed to appear for matters related to the Washington State Bar Office of Disciplinary Counsel.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal; Defendant is given leave to move for release and present additional evidence regarding Defendant's mental health.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of September, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -3